IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL BARRETT, | ) | |
| | ) | Civil Action No. 05 - 370J |
| Petitioner, | ) | |
| | ) | Judge Kim R. Gibson / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| SUPERINTENDENT GEORGE PATRICK; | ) | |
| DISTRICT ATTORNEY OF CHESTER | ) | |
| COUNTY; ATTORNEY GENERAL OF | ) | |
| THE COMMONWEALTH OF | ) | |
| PENNSYLVANIA | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

The above captioned Petition was received by the Clerk of Court on March 23, 2004, and was referred to United States Magistrate Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation (Doc. No. 15), filed on June 14, 2006, recommended that the Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254 be denied. It also recommended that a certificate of appealability be denied. Service was made on the Petitioner SCI Houtzdale, P.O. Box 1000, Houtzdale, PA 16698, and on counsel of record for the Respondents. The parties were informed that in accordance with Magistrates Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrates, that they had ten (10) days to file any objections. Petitioner filed Objections to the Magistrate Judge's Report and Recommendation (Doc. No. 16) on June 26, 2006. After review

of the pleadings and the documents in the case, together with the report and recommendation and

the objections thereto, the following order is entered:

**AND NOW**, this __24th__ day of ___July___, 2006;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is

**DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc.

No. 15) of Magistrate Judge Lenihan, June 14, 2006, is adopted as the opinion of the court.

Kim R. Gibson
United States District Judge

cc:         Lisa Pupo Lenihan
            U.S. Magistrate Judge

            DARRYL BARRETT  CA-0080  SCI Houtzdale  P.O. Box 1000  Houtzdale, PA
            16698

            Nicholas J. Casenta
            District Attorney's Office of Chester County
            17 North Church Street
            P.O. Box 2748
            West Chester, PA  19380-0991